1 | LATHAM & WATKINS LLP
  | Daniel Scott Schecter (Bar No. 171472)
2 | daniel.schecter@lw.com
  | Robert J. Ellison (Bar No. 274374)
3 | robert.ellison@lw.com
  | 355 South Grand Avenue
4 | Los Angeles, California 90071-1560
  | Telephone: +1.213.485.1234
5 | Facsimile: +1.213.891.8763

6 | Attorneys for Petitioner
7 | MVL Film Finance, LLC

**FILED**

NOV 0 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(h) SUBPOENA TO GOOGLE, INC. | CASE NO. CV 14 80 303 MISC |
|---|---|
| | DECLARATION OF MATTHEW SLATOFF IN SUPPORT OF PETITIONER MVL FILM FINANCE, LLC'S REQUEST FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS |

LATHAM&WATKINS LA\3874135.3     DECLARATION IN SUPPORT OF MARVEL'S REQUEST
ATTORNEYS AT LAW                                                                         FOR ISSUANCE OF 512(h) SUBPOENA
LOS ANGELES

## DECLARATION OF MATTHEW SLATOFF

I, Matthew Slatoff, declare as follows:

1. I am the Executive Director, Global Security & Content Protection at Marvel Studios, LLC, which is an affiliate (with the same ultimate parent) as MVL Film Finance, LLC ("Marvel"). As part of my duties, I am responsible for monitoring and addressing infringement of copyright rights owned by Marvel and its affiliated companies.

2. I am authorized to act on Marvel's behalf. I submit this declaration in support of Marvel's request for issuance to Google, Inc. ("Google") of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer (or infringers) who posted content known as "Avengers: Age of Ultron", which infringes copyright rights held by Marvel (the "Infringing Content") on systems operated by Google without Marvel's authorization. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3. On October 22, 2014, Patrick Miller, Paralegal at The Walt Disney Company (the parent of Marvel), submitted on behalf of Marvel a notification, via Google's online DMCA notification form (which can be accessed via the hyperlink https://support.google.com/legal/contact/lr_dmca?product=docs), identifying the Infringing Content on Google's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as Exhibit 1 is a copy of the information submitted through Google's online form. Mr. Miller was authorized to act on behalf of Marvel in submitting this notification.

4. The purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer (or infringers) and such information will only be used for the purpose of protecting Marvel's rights under title 17 U.S.C. §§ 100, *et seq.*

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on November 4, 2014 at Burbank, California.

_____
Matthew Slatoff

**Exhibit 1**

| | |
|---|---|
| From: | Corp SharePoint Premium on behalf of Internet Enforcement |
| To: | Miller, Patrick |
| Cc: | Internet Enforcement |
| Subject: | drive.google.com Infringing Content [Notice ID: 38804] (PM) |
| Date: | Wednesday, October 22, 2014 3:49:32 PM |
| Importance: | High |

Wednesday, October 22, 2014

Notice ID:38804
Via Contact Form

drive.google.com

Re: Unauthorized Use of Copyrighted and/or Trademark Properties

To Whom It May Concern:

I believe the information in this notification to be accurate and state under penalty of perjury that I am authorized to act on behalf of the owner of exclusive rights. I am sending this notice on the basis of a good faith belief that the pages identified below include infringing material and/or links to infringing material that are not authorized by the copyright owner, its agents, or the law. This access was present on Wednesday, October 22, 2014. Please act expeditiously to remove or disable access to the infringing materials described below and confirm by return e-mail when these links have been disabled.

Owner of exclusive rights:
MVL Film Finance, LLC ("Marvel")

Copyrighted works infringed upon:
Audiovisual works, including without limitation, Avengers: Age of Ultron

Location of infringing material:

**Avengers: Age of Ultron**
https://drive.google.com/file/d/0By4e12DxrjXQZ3FUaE0yVFlTSlU/view?pli=1

Should you have any questions, please contact:

Lance R. Griffin
Principal Counsel
The Walt Disney Company
500 S. Buena Vista Street
Burbank, CA 91521-0641
Telephone: (818) 560-7893
Facsimile: (818) 841-1329
e-mail: internet.enforcement@disney.com

This letter is not a complete statement of Marvel's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of

any rights, remedies, or defenses of Marvel in connection with this matter, all of which are expressly reserved.

Very truly yours,

// Patrick Miller //

Patrick Miller
Antipiracy Coordinator
The Walt Disney Company
500 S. Buena Vista Street
Burbank, CA 91521-0641