LATHAM & WATKINS LLP
  Daniel Scott Schecter (Bar No. 171472)
   *daniel.schecter@lw.com*
  Robert J. Ellison (Bar No. 274374)
   *robert.ellison@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Petitioner
MVL Film Finance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO GOOGLE, INC. | CASE NO. 3:14-mc-80303-VC<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **November 6, 2014**, I served the following documents described as:

- **MVL FILM FINANCE, LLC'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS; and**

- **DECLARATION OF MATTHEW SLATOFF IN SUPPORT OF PETITIONER MVL FILM FINANCE, LLC'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS**

by serving true copies of the above-described documents in the following manner:

### BY HAND DELIVERY (PERSONAL SERVICE)

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Google, Inc.
1875 Charleston Road
Mountain View, CA 94043

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 6, 2014**, at Los Angeles, California.

/s/ Colleen M. Rico
Colleen M. Rico

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\3874136.3

PROOF OF SERVICE

1